IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>LAURA LEE CLONTZ,<br><br>                Defendant. | MEMORANDUM DECISION AND ORDER<br><br>Case No. 2:05CR625DAK<br><br>Judge Dale A. Kimball |

      Defendant Laura Lee Clontz has filed a Motion for Early Termination of Supervised Release [Docket No. 161]. On May 30, 2006, this court sentenced Defendant to 120 months incarceration with the Bureau of Prisons and 60 months of supervised release. Defendant has completed approximately half of her term of supervised release.

      Pursuant to 18 U.S.C. § 3583(e)(1), after considering the factors set forth in Section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), and (a)(6), the court may terminate a term of supervised release "at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." The factors to be considered in Section 3553(a) are those factors to be considered in imposing a sentence, including "the nature and circumstances of the offense and the history and characteristics of the defendant," the applicable sentencing guidelines and any policy statements issued by the Sentencing Commission, and the need for the sentence imposed

to promote respect for the law, to provide just punishment, to deter other criminal conduct, and to provide the defendant with needed services.  *See* 18 U.S.C. § 3553(a).

Defendant's motion for early termination of supervised release is supported by her probation officer and the government does not oppose the motion.  Defendant has met all the conditions of her supervised release and been fully compliant.  During her term of supervised release, Defendant has cared for her ailing mother and has also maintained steady employment.  She has submitted several letters demonstrating her strong work ethic.  Defendant is in a stable, long-term relationship with one of her co-defendants in this action and they have purchased a home together.  Defendant recognizes and accepts responsibility for her past behavior.  She was able to take advantage of all the programs available to her during her incarceration and is using those skills to rebuild relationships, maintain employment, and be a productive member of society.  Defendant has successfully changed her life.  Based on Defendant's conduct, the court finds that an early termination of supervised release is warranted.

Accordingly, the court grants Defendant's motion for early termination of supervised release.

DATED this 3rd day of September, 2015.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge